(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
Oct 28 2025
Clerk, U.S. District Court
Western District of Texas

BY: _FM_
**Deputy**

**UNITED STATES OF AMERICA** §
§ CASE NUMBER: EP:25-M -05868(1)  MAT
vs. §
§
**(1) BOLIVAR ISAIAS ROBLES-ALVAREZ** §

    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### Short Form

    The defendant, Bolivar Isaias ROBLES-Alvarez, was represented by counsel, Octavio Arturo Dominguez.

    The defendant pled guilty to the Misdemeanor Information on October 28, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 10/18/2025 |
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 10/18/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 10/18/2025 |

    As pronounced on October 28, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. **All counts to run concurrent.** The defendant shall remain in custody pending service of sentence.

    The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

    Signed on this the 28th day of October, 2025.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE